IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONNIE DAVID STRINGER,)
)
Petitioner,) No. C 09-4987 MHP
)
vs.) ORDER OF
) TRANSFER
JOHN MARSHALL, Warden,)
)
Respondent.)
)

      Petitioner seeks to challenge a conviction obtained from the Superior Court of Solano County, which lies within the venue of the Eastern District of California.. According to the petition, petitioner is incarcerated in San Luis Obispo County, which lies within the venue of the Central District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence). Petitioner is neither confined nor was convicted in a county within the Northern District of California. It is unclear why the petitioner's attorney filed the petition in this District.

      Accordingly, the court hereby ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition be TRANSFERRED to the United States District Court for the Eastern District of California.

      The Clerk of the Court is directed to transfer this matter forthwith.

      IT IS SO ORDERED.

DATED: October 23, 2009

                                     Marilyn Hall Patel
                                     United States District Judge